Exhibit A

# Parent Authorization and Commitment
## Brown Form
### 2006-07

Name: Gerald A. Cheers    Date of Birth: 2-27-90    Day Phone #: 566-9201

Email address: Jesgod127@Aol.Com

### General Permission:

* I DO ✓ or DO NOT ___ give my student permission to charge at the school store.

* I/We DO ✓ or DO NOT ___ give permission to include our names in the Chapel Field student/parent directory.

Signature _Mary M. Cheers_

### Driver Authorization: During School

I have read carefully with my student page 22 of the Student Handbook: "Rides Home". However, for transportation regarding field trips, sports activities, outings, etc. may involve car pools and alternate transportation.

*Please circle appropriate word(s).

My student:

May or (May Not) ride with any Chapel Field student drivers.
(May) or May Not, ride with other parents/faculty members.
(May) or May Not, ride on Chapel Field or chartered buses.
(May) or May Not, participate in field trips planned within school hours.

Signature _Mary M. Cheers_

### Financial Commitment:

I agree to pay the tuition payments as agreed under Item #5 of the Registration form and further agree to pay the Book Jail (school store) and supplemental charges as they occur monthly.

Signature _Mary M. Cheers_

### Handbook Affirmation Statement:

I have read carefully the student handbook for 2006-07, in its entirety, agree with its content and will not contest the school in carrying out its policies.

_Gerald W. Cheers_     _Mary McKeen_     _Gerald A. Cheers_
Father/Guardian         Mother/Guardian         Student

## Chapel Field Emergency Card

Student Name: Gerald A Cheers    Age: 16    DOB: 2-27-90    Grade: 11

Home Address: 113 Coach Lane, Newburgh NY    Home Phone: 566-9201

Father: Gerald W. Cheers (First and Last Name)    Located at: Home address (During School)    Cell Phone: 914-805-0077

Mother: Mary Cheers (First and Last Name)    Located at: 121 Redschool Rd (During School)    Phone: (845) 831-6600 ex 5701

Step Parent/Guardian: _____    Located at: _____    Phone: _____

In the event of illness or injury... list emergency contact for care and transportation with phone number:

1. Gerald Cheers AT listed Number or 2. Carrie Graham AT 565-4672

Note: Please advise these individuals you are listing them for emergency contacts.

Special Health Considerations: diagnosed with Asthma No restrictions, rest when needed or use pump

Allergies: Ceclor    Medication Taken Daily: Singulair, Advair, Claritin

Has your child during the past year had any illnesses, injuries, operations or special medical care?
sprain Ankle

**Provide Physician verification of immunization (if not on file in office)**
**Please complete reverse side of this card**


## Medical Authorization and Approvals:

We will give the following medications, but **ONLY** with your prior approval. Please initial any of the following that you **WILL** allow us to give your child. Any additional medication that your student requires must come with a prescription from your doctor, and must be kept in the office.

Tylenol ✓   Ibuprofen ___   Benadryl ✓   Vicks 44 ___   Restrictions _____

* I have read the medication authorization and hereby give permission to Chapel Field to provide the medications upon my child's request, with indicated restrictions.

Parent or Guardian Signature: Mary M Cheers    Date: 8-11-06

I/We, as legal guardians, authorize proper medical personnel to provide emergency medical care deemed necessary for Gerald who is my son/daughter in the event that I/We can not be contacted.

Parent or Guardian Signature: Mary M Cheers    Date: 8-11-06

Our insurance company is: THE EMPIRE PLAN    Policy #: 89043741

Physician: _____    Phone: _____    Dentist: _____    Phone: _____

All students and new entrants are mandated to have physicals. Physical forms, including proof of immunization must be forwarded to the office.