Exhibit B

# Chapel Field
Christian Schools



# Student Handbook
*Coram Deo*

2006 – 2007



## EXTRA - CURRICULAR ACTIVITIES

All students who want to participate in extra curricular activities including interscholastic sports, cheerleading, choral music, band clubs, academic teams, etc. are required to keep the team or group activity rules set up by their coaches, directors, or advisors. However, the following general rules pertain to all school activities. These will be strictly enforced. Parents must consider these carefully before allowing students to commit to participation.

*Pre-Roster Consideration:* When each activity begins there are approximately two weeks before the formal roster is formulated. During this time a student may choose to leave the activity without penalty. Once a participant agrees to have his or her name on the coaches or directors season roster, they are committed to both the team or groups rules and the general activity rules which follow.

### General Activity Rules:

1. Sessions - Scheduled or called practices/rehearsals will hereinafter be referred to as sessions. A participant must attend all sessions of the activity of which they are on the roster. Exceptions:

    A. If the student is in school and wants to miss a session for any reason (sickness, medical, personal, etc.) they must have a Brown Form approved by the student's coach, director, advisor, or school principal before missing the session or they will be dismissed from the activity.

    B. If the student is absent from school and misses a session, they must present a brown form to the coach, director, or advisor, having it approved before they may continue in that activity. If it is disapproved, they will be asked to leave the activity.

2. Events or Performances (scheduled, make up, or added) - A participate may not miss any events or performances (scheduled, make up, or added) of any activity. Exceptions: Pre-approved Brown Form (before the sport's season begins) Emergencies will be considered on the strictest basis. Parents must remember the student's commitment to sessions and events is for the activity/season, which means possible schedule and date changes and in case of sports, possible post season play.

3. Sunday Athletic Activity - Chapel Field does not schedule any sports activities on Sundays; however, if a team enters post season play and the league or tournament director moves a contest to a Sunday because of weather conditions, facility availability, or other valid reasons, Chapel Field will honor its commitment to the league and play the contest as long as students so desiring can make it to a church service during that day. Parents, who would not allow their student to participate in a Sunday contest under the above circumstances should NOT allow their student to come out for varsity sports.

4. Parental Discipline - Parents may not discipline their students by limiting their participation or removing them from the activity. The school has a dead list policy to assure activities do not cause academic failure. If parents have concern about this, please do not let your student come out for the activity. Chapel Field makes a major commitment to our athletic league, officials, staff, coaches, directors, pastors, church performances, classmates and teammates who are all counting on each member's presence at events and each member's quality participation. We cannot forfeit games or responsibilities because a student cannot be counted on to show up.

5. Injuries and Disabilities -

    A. Injuries - if a student is placed on the injured list, they must attend all sessions and events. The coaches/directors will set limitations on the student's participation until the injury is healed.

    B. If a student sees a doctor regarding an injury, the student must be placed on the disabled list and is removed from the activity's roster. They may not attend practice sessions, participate in events, or be placed back on the roster until the school office receives a doctor's note allowing "Full Participation."

6. Uniforms and Equipment - any Chapel Field uniforms or equipment that is missing, damaged, or destroyed must be replaced by the parent at its individual replacement cost.

7. Students participating in Varsity Sports may not participate in, practice with, or work out with any other team, either formally or informally, during the season of that Varsity sport. Exceptions are by special approval by the athletic committee.

13

### Violation of General Activities' Rules

Violation of rules 1, 2, 3, and 41 will result in a disciplinary pink slip for breaking the school Honor Code and dismissal from the activity. The student will lose all awards, recognition, and future right to participation in extra curricular activities at Chapel Field. Reinstatement may be considered by formal application.

### PROHIBITIONS

1. Social Networking Sites, such as My Space, Chat Rooms, Profile Sites and any other interactive social networking sites are prohibited to Chapel Field students. These sites foster and expose vulgar and inappropriate behavior by and to those logging on. This exposure and activity is not only inconsistent with Christian values but poses a danger to the welfare of our youth. Any student found on such sites will be immediately asked to leave the school.

2. The Hip Hop Culture and gangster rap represents and promotes sex, drugs, violence, crime, abuse to women, civil disobedience, and tyranny. Students who identify with this culture are acting contrary to godliness and Christian values. Any student who persists in identifying with this lifestyle, ie., listening to its music, dressing HipHop (baggy clothes, hat over ears and cocked, etc...) will be asked to leave the school.

### STUDENT COUNCIL

Chapel Field has a student council, led by four elected student officers. The Student Council is the representative body of the school, speaking for students of all four classes. Elections of officers will take place each year during the month of October. As with many activities, the Student Council will be as good as its members determine it to be.

### STUDENT ADVISORY COUNCIL

The Student Advisory Council is made up of National Honor Society members, Youth Conquest students, the Student Council president, and presidents of Junior and Senior classes. The responsibilities of the council is to assist the Faculty Council in matters of the school.

### SPECIAL EVENTS

All registered students, graduated alumni in good standing with the school, and faculty and staff and their families are invited to CFCS social events. Other desired guests must be approved for attendance by the school president prior to the event and placed on the official event guest list. Forms are available in the school office.

### $ FINANCIAL $

Tuition at Chapel Field is set forth in the registration application. Since this amount is approximately two-thirds the cost of putting a student through Chapel Field, the school asks each student/family to assist it in seeking $20 a month Chapel Field 300 Club partners from among friends, family members, employers, etc. The tuition, unless arranged differently before hand, should be paid as follows:

1. Prior to registration, a $25 pre-registration fee is required with the proper form. This fee, which is used to order material and books, reserves your child a seat for the school year. $25 of this fee is credited to student service charges. The pre-registration fee is not refundable should the student not register at Chapel Field.

2. Tuition may be paid over a ten month or twelve month period.

3. Tuition is billed out on the 23rd of each month prior to the month due. The tuition is due by the 10th of that month. A 10 day grace period is given until the 20th of that month. A penalty of $25.00 will be charged on the 21st of that month. If the tuition and other charges remain unpaid, the student may not attend school after the 30th of that month.

*Exceptions:* If unforeseen financial difficulties occur, a parent may call the office at any time and discuss special satisfactory arrangements such as: post dated checks, extended terms, reconstruction of tuition agreement or possible tuition assistance. If you foresee financial difficulties, please act on satisfactory arrangements immediately, so as to avoid disruption of your students educational program.

RETURN CHECK POLICY: If a check is returned for non-payment the school will redeposit it. A fee of $20.00 will be assessed. If the check is returned again or a parent has 3 or more checks returned in a given school year, the school will only accept cash, certified check, bank check, or money order for payment on that account in the future.

14

## STUDENT HONOR CODE

*I will:*

1. Tell the truth at all times and be respectful in word, manner and action to my parents, school staff, and those in authority, and will not cheat or steal.

2. Use proper and inoffensive language; Not smoke; Not use alcoholic beverages outside of the church or family settings; Not view for entertainment material that is obscene or that promotes immorality.

3. Dress modestly, so as not to draw attention to myself; Be neatly groomed and comply with the school's dress code.

4. Obey all the laws of our land wherein they harmonize with the Word of God and be a testimony for Christ in word and deed, realizing that I am a reflection first of God, then of my family, school and church.

5. Have no serious personal involvement with those opposing Christian truth, and conduct myself in a moral manner at all times.

6. Study diligently, striving for the highest academic excellence within my ability; give my best attention in class; complete all of my assignments, and maintain the highest academic integrity.

7. Be considerate of my fellow students, helping and encouraging them in every way I can, and refusing to participate in gossip.

8. Be faithful in my commitment to extra-curricular activities at Chapel Field and strictly obey their requirements.

9. Be faithful in my personal walk with Christ through my private devotions, church attendance and my Christian service.

10. Keep this code both in and out of school, by living my life always in the presence of God, under His authority and for His glory.

## *Coram Deo*

### COUPLES

Dating couples are required to maintain a reserved and responsible relationship. No sustained physical contact will be permitted.

18

## SERIOUS DISCIPLINARY PROBLEMS-
## AUTOMATIC SUSPENSION-DISMISSAL

A student will be **automatically suspended** from school for an indefinite period of time if the principal determines a student has:
- lied
- cheated on exams or tests
- cut school
- shown blatant disrespect to those in authority
- intentionally defaced or destroyed school property
- used alcohol or bragged about alcohol use
- has any association or involvement in a gang
- hazed, harassed, or bullied another student
- been involved in a fight (physical contact made in anger)

If a student attends a party for teens where alcohol is present, he or she must leave the party immediately or he or she will be considered to be involved in an alcohol related incident and subject to suspension. Further, a student will be automatically suspended if the student speaks positively about drug use, expresses a desire to use drugs, associates with those who use, sell, or distribute drugs or has any other involvement or any kind of association with a controlled substance or a substance claimed to be controlled. Further, a student can be suspended for any matter the school feels is a serious behavioral issue. A determination will be made by the administration whether to allow a student who has been suspended to return, and if so, when and under what terms.

A student will be **automatically dismissed** from school if a student who was previously suspended from school has an additional suspension for the same issue, or the school president determines a student has been involved in theft, or sexual immorality; brings a gun or dangerous weapon to school without permission; used drugs, possesses drugs or drug paraphernalia or offers to supply or sell drugs. Further, the school reserves the right to dismiss any student from school whom the school feels places its program or other students at risk emotionally, physically, spiritually, or doctrinally (by doctrinally we mean a student who would persist in promoting an unorthodox or unevangelical view) without necessarily detailing the cause or reason for the said dismissal.

### DRUG TESTING

In order to maintain a drug free environment the school may from time to time require random or on demand drug testing. Should a student refuse such a request they will be automatically suspended.

### WITHDRAWING FROM SCHOOL

Parents withdrawing students from school must (1) initiate themselves or have their student complete a: "Student Check Out Form" and (2) have the student's new school fax to Chapel Field (778-5814) a signed "Records Request Form." No records of any kind will be sent until these forms are completed and evaluated by the school.

### RE-ADMITTANCE

Students dismissed from Chapel Field may re-apply for admittance after one complete semester of the school year and under the following conditions:
1. A written letter to the school president giving reasons why the student desires to return and expressing what his or her expected behavior will be.
2. Submission of records showing that the student had:
   A. Regular attendance in the school presently attending;
   B. Passed all weighted subjects in the school presently attending; -and-
   C. No disciplinary problems in the school presently attending.

\* An application is no guarantee of readmittance at that time.    \* Early re-admittance may be applied for under some circumstances but carries strict stipulations.

### DISMISSAL IN THE 4TH QUARTER

If a student is dismissed for behavioral or academic reasons in the 4th Quarter the parents may (1) put student in another public or private school (2) home school student or (3) have student formally tutored. If a parent chooses options (2) or (3) Chapel Field will accept certified grades in the subjects completed in order to complete the 4th Quarter report card.

21