Exhibit C



HOME   NEWS & EVENTS   CFCS AT A GLANCE   ACADEMICS   SPORTS   CON



## Honor Code

**I will, with the help of God:**

Tell the truth at all times and be respectful in word, manner and action to my parents and school staff, and those in authority.

Use proper and inoffensive language; Not smoke; Not use alcoholic beverages outside of the church or family settings Not view for entertainment material that is obscene or that promotes immorality.

Dress modestly, so not to draw attention to myself; Be neat groomed and comply with the school's dress code.

Obey all the laws of our land wherein they harmonize with t Word of God and be a testimony for Christ in word and dee realizing that I am a reflection first of God, then of my family school and church.

Have no serious personal involvements with those opposin Christian truth, and conduct myself in a moral manner at all times.

Study diligently, striving for the highest academic excellenc within my ability; give my best attention in class and to complete my assignments.

Be considerate of my fellow students, helping and encouraging them in every way I can, and refusing to participate in gossip.

Be faithful in my commitment to extra-curricular activities at Chapel Field and strictly obey their requirements.

Be faithful in my personal walk with Christ through my priva devotions, church attendance and my Christian service.

Keep this code both in and out of school, by living my life always in the presence of God, under His authority and for His glory.

© Copyright ChapelField Schools 2006-2007

site design | v



HOME  NEWS & EVENTS   CFCS AT A GLANCE   ACADEMICS   SPORTS   CON





## History

Chapel Field Christian High School was formed in 1986 by Affirmative Evangelism Fellowship, a group of local Christia dedicated to the Christian education of teenagers.

Chapel Field is registered with the State of New York, and i college prep/Regents program with a comprehensive Biblic studies program, from which provides help for good student with dyslexia, and offers a general level course of study for those who need it.

The school is located on a 100 acre campus, beside the Dwaarkill River in the beautiful, rolling hills of Orange Coun

Chapel Field is a member of the National Honor Society, th New York State Music Association, and the Orange County Athletic Association (OCL), competing in Varsity and JV sports.

AEF is interdenominational and is governed by a board of evangelical Christian educators and laymen. It has an advisory board of outstanding national and local theologian pastors, missionaries and Christian laymen. The school has Board of Education made up of educators and parents, and Parents and Friends Association that supports school activities.

The purpose and aim of Chapel Field's education program i

Case 7:07-cv-08016-SCR-MDF     Document 3-4     Filed 10/09/2007     Page 5 of 7

to prepare each student personally in all the academic disciplines to be successful at their next level of study or endeavor, and to develop in their character a true sense of holiness and service to our Lord Jesus Christ.

Chapel Field accepts all students who are serious about the faith and their studies.

© Copyright ChapelField Schools 2006-2007

site design | w



HOME   NEWS & EVENTS   CFCS AT A GLANCE   ACADEMICS   SPORTS   CON





## Philosophy

Chapel Field is not just a school. It is a program. It is a program designed to have its students embrace six imperatives for living:

**1. Academic Discipline** - in a positive learning environmen that allows students to excel to the peak of their own scholastic ability, in both liberal arts and theological studies and build an academic transcript that creates desirable educational and vocational opportunities in their future.

**2. Extra Curricular Accomplishment** - that enhances thei high school transcript through open participation in sports, chorus, band, clubs, teams, etc. that further fosters perseverance, team work, discipline, time management, camaraderie, and physical endurance.

**3. Moral Character and Integrity** - that fortifies August 17, 2005 at works itself out in good citizenship and support and encouragement to ones immediate peers and a character tl is tolerant of free speech and honest debate but never tolerant of immoral behavior or principle.

**4. Personal Commitment to Christ and Church** - that is seen in students as they embrace Christ through repentanc and faith as Lord and Savior; that one lives in gratitude for God's grace as life long supporters of Christ's church and it mission to proclaim the gospel.

**5. Volunteerism and Service to Humanity** - that inspires individual commitment towards regular sacrificial service to one's neighbors, both local and foreign, especially those wh have the deepest and most desperate physical needs.

**6. Faithful, Attractive, and Modest, Godly Lifestyle** - one that is a consistent testimony to our culture, that our faith, relationships, our dress, and our possessions, are not designed to compete with our materialistic culture or to draw special attention to ourselves, but are designed to reflect ou true purpose, which is to live modestly and humbly before a Holy God.

Since we are a program and not just a school, it is importar to read carefully our student honor code, as it is required bo in and out of school as long as a student remains at Chape Field.

© Copyright ChapelField Schools 2006-2007

site design | v