Exhibit D

# Chapel Field Christian Schools Billing Summary 2006-2007

211 FLEURY ROAD
PINE BUSH, NY 12566
PHONE 845.778.1881    FAX 845.778.5841

NOTE: For accounting purposes,
PLEASE send SEPARATE CHECKS for
TUITION AND SUPPLEMENTAL CHARGES
Please retain this copy for your records.

Cheers, Gerald 11
Gerald/Mary
113 Coach Lane
Newburgh, NY
566-9201

## TUITION ACCOUNT

TERMS: 498.00@10mos=4980.00

| DATE | CK/MO/CA | CHARGE | CREDIT | BALANCE |
|---|---|---|---|---|
| 9/5/06 reg | 25.00 | | | 25.00 |
| 9/5/06 | | 4980.00 | | $4,980.00 |
| 9/5/06 MO | | | 498.00 | $4,482.00 |
| 10/2/06 Ck#226 | | | 498.00 | $3,984.00 |
| 11/1/06 Ck#239 | | | 498.00 | $3,486.00 |
| 11/29/06 Ck#252 | | | 498.00 | $2,988.00 |
| 1/5/07 Ck#264 | | | 498.00 | $2,490.00 |
| 2/1/07 Ck#275 | | | 498.00 | $1,992.00 |
| 3/5/07 Ck#284 | | | 498.00 | $1,494.00 |
| 4/2/07 Ck#292 | | | 498.00 | $996.00 |
| 5/4/07 Ck#308 | | | 498.00 | $498.00 |

Please pay by June 10th    Separate check for tuition Please    $498.00

## SUPPLEMENTAL/BOOK JAIL

| DATE | ITEM | CHARGE | CREDIT | BALANCE |
|---|---|---|---|---|
| 9/5/06 | Café Fee | 15.00 | | $15.00 |
| 10/2/06 | Ck#442 | | 15.00 | |
| 10/11/06 | Ck#447 | | 25.00 | ($25.00) |
| 10/23/06 | Gym Shirts | 18.00 | | ($7.00) |
| 11/16/06 | Activity Ins. | 12.00 | | $5.00 |
| 1/15/07 | Yearbook | 25.00 | | $30.00 |
| 2/1/07 | Sports Fee | 25.00 | | $55.00 |
| 2/21/07 | Book Jail | 1.00 | | $56.00 |
| 3/20/07 | Book Jail | 1.00 | | |
| 4/2/07 | Ck#559 | | 56.00 | |
| 4/20/07 | Book Jail | 1.00 | | $1.00 |

Please pay by June 10th    $1.00

## SUPPLEMENTAL/BOOK JAIL — SOFTBALL MARATHON

| DATE | ITEM | CHARGE | CREDIT | BALANCE |
|---|---|---|---|---|
| 4/19/2007 | 1 student | 200.00 | | $200.00 |
| 5/4/2007 | Ck#309 | | 200.00 | |

Please pay    Paid In Full    Thank You