UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARY CHEERS, on behalf of her minor son
GERALD CHEERS, and on her own behalf,

          Plaintiffs,

-against-

CHAPEL FIELD CHRISTIAN SCHOOLS,

          Defendant.
------------------------------------------------------------X

**DEFENDANT'S AUTOMATIC DISCLOSURE**

07 Civ. 8016

Judge Robinson

    Defendant, CHAPEL FIELD CHRISTIAN SCHOOLS, pursuant to Federal Rule of Civil Procedure 26(a), provides the following:

    1.    The individuals listed below may have pertinent information regarding the claims, defenses, and damages in this case:

        Jordan Christi, Student
        2 Mermaid Lane
        Middletown, NY 10940
        (845) 744-5271

        Christopher Henriquez, Student
        PO Box 593
        Chester, NY 10918
        (845) 469-6818

        Carolyn Raimondi, Student
        PO Box 899
        Marlboro, NY 12542
        (845) 236-3516

        David Stein, Student
        35 Bates Lane
        Wallkill, NY 12589
        (845) 895-3953

        Cynthia Remine, Student
        47 Forrest Hill Road
        New Windsor, NY 12553
        (845) 565-2226

        Lydia Hodges, Student
        132 North Street
        Pine Bush, NY 12566
        (845) 744-5271

Kim Soward, Student
8 Clark Court
Pine Bush, NY 12566
(845) 361-5240

Steven Roman, Student
19 Sun Glow Terrace
Middletown, NY 10941
(845) 692-3656

Elizabeth Mulhare, Student
143 Mulberry Drive
Milford, PA 18337
(570) 686-5515

Kristin Theodore, Student
221 Jansen Road
Pine Bush, NY 12566
(845) 744-4251

Brittany Weaver, Student
723 Beekman Road
Hopewell Junction, NY 12533
(845) 231-0822

Rebecca Sgandurra, Student
PO Box 540
Pine Bush, NY 12566
(845) 744-3594

Seth Switzer, Faculty

Cindy LeVentis, Faculty

Joe Canazon, Faculty

Bill Griffiths, Faculty

Roger Jones, Faculty

Bill Spanjer, Sr., Faculty and Principal

Bill Spanjer, Jr., Faculty

All Faculty may be reached at:
Chapel Field Christian Schools
211 Fleury Road
Pine Bush, NY 12566
(845) 778-1881

       Toni Bolduc, Chairman Parents Committee
       PO Box 303
       Mongaup Valley, NY 12762
       (845) 583-4679

       Carol Shook, Secretary Parents Committee
       44 Kimberly Court
       Bloomingburg, NY 12721

       Joseph Raiti, Principal of Heritage Junior High School
       Heritage Junior High School
       405 Union Avenue
       New Windsor, NY 12553
       (845) 563-3750

       Ronald Jackson, Principal of North Junior High School
       301 Robinson Avenue
       Newburgh, NY 12550
       (845) 563-8400

       Durne Ware (845) 401-6536

2.     The following documents may relate to the claims, defenses and damages in this case:

       Gerald Cheers' Disciplinary Records (Bates Nos.: D000001-D000006)

       "Parent Authorization and Commitment Brown Form 2006-07" (Bates No.: D000007)

       "Chapel Field Emergency Card" (Bates No.: D000008)

       Gerald Cheers' Report Card (Bates No.: D000009)

       Correspondence from Mary Cheers to Bill Spanjer with Polygraph Report (Bates Nos.: D000010-D000014)

       "Honor Code" (Bates Nos.: D000015-16)

       "History" (Bates Nos.: D000017-18)

       "Philosophy" (Bates Nos.: D000019-20)

       "Chapel Field Christian Schools Billing Summary 2006-2007" (Bates Nos.: D000021)

       "Chapel Field Christian Schools Student Handbook 2006-2007" (Bates Nos.: D000022-D000037)

       "AEF Chapel Field, A Brief History" (Bates No.: D000038)

       "Operation Redirect, An Urban Youth Life-Changing Program" (Bates Nos.: D000039-D000043)

       "Operation African Container, A Story in Pictures" (Bates Nos.: D000044-D000053)

       Student Disciplinary Records from Chapel Field Christian School[1]

---

[1]

    Student record of Gerald Cheers from Heritage Jr. High School[1]

    Student record of Gerald Cheers from North Jr. High School[1]

  3. The following relates to the defendant's damages computation:

    Defendant is entitled to four hundred ninety-eight dollars ($498.00) from plaintiffs for the balance of tuition due to defendant for the 2006-2007 school year (see, Bates No.: D000021), together with any pre and post-judgment interest at statutorily established rates.

Dated: Walden, New York
   March 10, 2008.

              Yours, etc.

              _____
              ROBERT E. DiNARDO, ESQ. (4472)
              *Attorney for Defendant, Chapel Field Christian School*
              158 Orange Avenue
              P.O. Box 367
              Walden, New York 12586
              (845)778-2121

TO: MICHAEL H. SUSSMAN, ESQ. (3497)
   Sussman & Watkins
   *Attorneys for Plaintiffs*
   P.O. Box 1005
   Goshen, New York 10924
   (845) 294-3991

---

[1] Production of these records are subject to compliance with FERPA and its regulations. Subject to an appropriate Confidentiality Agreement and court order, defendant will produce discovery records comparable to the plaintiff's disciplinary record during a relevant time period.